# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2013

Robert P. Young, Jr.,
Chief Justice

146642

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WILLIAM H. WILLIAMS,
      Plaintiff-Appellant,

v

MIRAGE CONSULTING, INC., and
CASTLEPOINT NATIONAL INSURANCE
COMPANY,
      Defendants-Appellees.

SC: 146642
COA: 312009
MCAC: 12-000031

_____/

     On order of the Chief Justice, the stipulation signed by the plaintiff and counsel for the defendants agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2013

_____
Clerk

t0507